UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON PRY, individually and on behalf of all others similarly situated,

CIVIL ACTION NO.: 23-CV-4541

*Plaintiff*

vs

AUTO-CHLOR SYSTEM, LLC,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **06/02/2023** at **12:06 PM** at **251 Little Falls Dr, Wilmington, DE 19808** deponent

served **Summons in a Civil Action and Class Action Complaint**

on **Auto-Chlor System, LLC** , a domestic limited liability company, c/o Corporation Service Company, Registered Agent,

by delivering thereat a true copy of each to **Lynanne Gares (authorized to accept service)** personally.

<u>Description of Person Served:</u>
Gender : Female
Skin :  White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

Sworn to before me this
6 day of June, 2023

----------------------------------
NOTARY PUBLIC

JOSEPH TALVACCHIO JR
Notary Public
State of Delaware
My Commission Expires on May 14, 2027

----------------------------------
Ramona Talvacchio

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160