UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AARON PRY, individually and on behalf of all others
similarly situated,

                              Plaintiff,

               -against-

AUTO-CHLOR SYSTEM, LLC,

                              Defendant.
-------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Case No. 1:23-cv-04541

     Defendant, AUTO-CHLOR SYSTEM, LLC, by its attorneys, SAHN WARD

BRAFF KOBLENZ PLLC, as and for its Corporate Disclosure Statement Pursuant to Federal

Rule 7.1, respectfully submits as follows:

     1.     No such corporation listed in Rule 7.1(a)(1) exists in relation to the corporate
Defendant.

Dated:  Uniondale, New York
        June 23, 2023

                                   Yours, etc.

                                   SAHN WARD BRAFF KOBLENZ PLLC
                                   *Attorneys for Defendant*

                                   By:                           
                                      DANIELE D. DE VOE (DD0777)
                                 333 Earle Ovington Boulevard, Suite 601
                                 Uniondale, New York 11553
                                 (516) 228-1300

TO:   JOSEPH & KIRSCHENBAUM LLP
       *Attorneys for Plaintiff and The Proposed Class*
       32 Broadway, Suite 601
       New York, New York 10004
       (212) 688-5640