UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
AARON PRY, individually and on behalf of all others : similarly situated,
:
:
Plaintiff,           :           23-cv-04541 (ALC)
:
-against-            :           **ORDER OF REFERENCE**
:
AUTO-CHLOR SYSTEM, LLC,       :
Defendant.           :
:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The above-captioned action is referred to Magistrate James L. Cott, for the following purpose[s]:

| | | | |
|---|---|---|---|
| __X__ | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| __ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:   June 26, 2023
         New York, New York

_[signature: Andrew L. Carter]_

_____
HON. ANDREW L. CARTER, JR.
United States District Judge