# Exhibit 2

**Denise Schulman**

| | |
|---|---|
| **From:** | Denise Schulman |
| **Sent:** | Thursday, February 1, 2024 12:14 PM |
| **To:** | JONAH BECKSTEAD; TANJA MOZARA |
| **Subject:** | RE: Response to subpoena for Buffalo - Confidential |

Jonah,

Can you please provide me with the contact information for your attorney?

Thank you,
Denise

**From:** JONAH BECKSTEAD <beckstead@autochlor.com>
**Sent:** Wednesday, January 31, 2024 5:21 PM
**To:** Denise Schulman <denise@jk-llp.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

Hi Denise, my counsel will be responding soon.

# JONAH BECKSTEAD
Senior Vice President
beckstead@autochlor.com
3055 COMMERCE WAY | HAPEVILLE, GA 30354
P: (404)766-0827

**From:** Denise Schulman <denise@jk-llp.com>
**Sent:** Wednesday, January 31, 2024 9:37 AM
**To:** JONAH BECKSTEAD <beckstead@autochlor.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

**CAUTION:** This email was not sent by Auto-Chlor System email servers. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Beckstead,

I just tried calling you and left a voicemail. Please call me back at 212-688-5640 to discuss the outstanding issues with Auto-Chlor Mid-South's subpoena response.

1

Thanks,
Denise

---

**From:** Denise Schulman
**Sent:** Tuesday, January 30, 2024 9:17 AM
**To:** JONAH BECKSTEAD <beckstead@autochlor.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

Tomorrow I'm available from 11 to 2:30 and 4:30-5:30.  Please let me know what time works best for you, and the best number to call you.

Thanks,
Denise

---

**From:** JONAH BECKSTEAD <beckstead@autochlor.com>
**Sent:** Monday, January 29, 2024 5:42 PM
**To:** Denise Schulman <denise@jk-llp.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

The link has been reattached below.  If there are items pending beyond the answers provided, Wednesday would be the better time.


MID0001 - MID0405.pdf

Jonah

## JONAH BECKSTEAD
Senior Vice President
beckstead@autochlor.com
3055 COMMERCE WAY | HAPEVILLE, GA 30354
P: (404)766-0827

---

**From:** Denise Schulman <denise@jk-llp.com>
**Sent:** Monday, January 29, 2024 3:22 PM
**To:** JONAH BECKSTEAD <beckstead@autochlor.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

> **CAUTION:** This email was not sent by Auto-Chlor System email servers. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Beckford,

The judge has directed me to confer with you about the outstanding subpoena issues.  Please let me know your availability tomorrow or Wednesday for a phone call.

Thank you,
Denise

---

**From:** Denise Schulman
**Sent:** Monday, January 29, 2024 3:13 PM
**To:** JONAH BECKSTEAD <beckstead@autochlor.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** RE: Response to subpoena for Buffalo - Confidential

Mr. Beckstead,

I am unable to access the earnings statements.  Please re-send.

Thank you,
Denise Schulman

---

**From:** JONAH BECKSTEAD <beckstead@autochlor.com>
**Sent:** Monday, January 29, 2024 2:50 PM
**To:** Denise Schulman <denise@jk-llp.com>; TANJA MOZARA <mozara@autochlor.com>
**Subject:** Response to subpoena for Buffalo - Confidential

Signed document attached

Link to the Earnings Statements 

# JONAH BECKSTEAD
Senior Vice President
beckstead@autochlor.com
3055 COMMERCE WAY | HAPEVILLE, GA 30354
P: (404)766-0827