UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON PRY, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>AUTO-CHLOR SYSTEM, LLC and AUTO-CHLOR SYSTEM OF NEW YORK CITY INC.,<br><br>**Defendants.** | Case No.: 23 CV 4541 |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the New York State Senate's April 19, 2024 Adopted Budget Report (the "Report"), which was published on April 20, 2024 and is submitted herewith as Exhibit 1 and available at [https://www.nysenate.gov/open-data/report-2024-25-adopted-budget-all-state-agencies-and-operations](https://www.nysenate.gov/open-data/report-2024-25-adopted-budget-all-state-agencies-and-operations). On page 45, the Report states in relevant part, "The Adopted Budget intentionally omits the Executive proposal to remove the allowance of liquidated damages in instances where a manual worker is paid bi-weekly instead of weekly, as currently required under Labor Law."

Plaintiff respectfully submits the Report in further support of denial of Defendants' pending motion to dismiss.

Dated: New York, New York
  April 26, 2024

By: /s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
212-688-5640

*Attorneys for Plaintiff*