UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON PRY,<br><br>                              Plaintiff,<br><br>v.<br><br>AUTO-CHLOR SYSTEM, LLC, et al.,<br><br>                              Defendants. | 23-CV-4541 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On March 9, 2024, Defendants moved to dismiss. *See* ECF No. 55. After Plaintiff's extension request, an order set a deadline of May 13, 2024, for Defendants to file their reply brief. *See* ECF No. 58. No reply has been filed.

It is hereby **ORDERED** that Defendants shall file their reply brief as soon as possible and no later than **June 24, 2024**. If no such reply brief is filed, the motion will be deemed fully briefed.

SO ORDERED.

Dated: June 18, 2024
       New York, New York

_____<br>
DALE E. HO<br>
United States District Judge