# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | **HON. LISA S. HEADLEY** | PART | 28M |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------------------X

DYSHAWN COLVIN

INDEX NO. 154686/2023

Plaintiff,

- v -

NEW YOU BARIATRIC GROUP, LLC,

Defendant.

-----------------------------------------------------------------------------X

The instant matter is hereby stayed pending a Court of Appeals decision in *Grant v Global Aircraft Dispatch, Inc.*, which will have a direct effect on this court's decision in the within matter.

The parties shall notify the Part 28 clerk when a decision has been rendered in *Grant v Global Aircraft Dispatch, Inc.*

This constitutes the decision and order of the Court.

**DATE: 6/20/2024**                              **LISA S. HEADLEY, JSC**

| **Check One:** | ☐ Case Disposed | ☒ Non-Final Disposition |
|---|---|---|
| **Check if Appropriate:** | ☐ Other (Specify_____) | |

## OTHER ORDER – NON-MOTION