UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON PRY, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

AUTO-CHLOR SYSTEM, LLC and AUTO-CHLOR SYSTEM OF NEW YORK CITY INC.,

        Defendants.

Case No.: 23 CV 4541 (DEH)(HJR)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that all claims in this action have been discontinued and are hereby dismissed without prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York
      July 28, 2025

For the Plaintiff:
JOSEPH & KIRSCHENBAUM LLP

_____
Denise A. Schulman
32 Broadway, Suite 601
New York, NY 10004

For the Defendants:
SAHN WARD BRAFF COSCHIGNANO PLLC

_____
Danielé D. De Voe
333 Earle Ovington Blvd, Suite 601
Uniondale, NY 11553

SO ORDERED,

_____
Dale E. Ho
United States District Judge
Dated: July 29, 2025
New York, New York